IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02308-WDM-MJW

PHILIP DALY,

Plaintiff(s),

v.

UNITED STATES FENCING ASSOCIATION,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Stipulation to Amend Answer and Joint Motion to Reset Scheduling Conference (docket no. 23) is GRANTED finding good cause shown. The Rule 16 Scheduling Conference set on December 9, 2009, at 8:00 a.m. is VACATED.  The Rule 16 Scheduling Conference is reset to January 14, 2010, at 9:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse,  901 19th Street, Denver, Colorado.  The parties shall file with the court their Proposed Rule 16 Scheduling Order five (5) days prior to the Rule 16 Scheduling Conference.

It is FURTHER ORDERED that the Defendant United States Fencing Association's Amended Answer and Counterclaim (docket no. 23-2) is accepted for filing as of the date of this minute order.

Date:  December 4, 2009