IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02308-WDM-MJW

PHILIP DALY,

Plaintiff(s),

v.

UNITED STATES FENCING ASSOCIATION,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

     It is hereby ORDERED that the Joint Motion to Modify Scheduling Order and Reset Settlement Conference, DN 37, filed with the Court on May 14, 2010, is GRANTED. The Scheduling Order is amended as follows:

     The Settlement Conference set on June 8, 2010, commencing at 1:30 p.m., is VACATED and is RESET on August 16, 2010, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Confidential Settlement Statements shall be submitted to the court on or before August 10, 2010. Counsel are reminded that persons with complete settlement authority shall be present in person for the settlement conference.

Date: May 24, 2010